# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3491
LT Case No. 2020-DR-016397

———————————————

JODY R. STACY,

   Appellant,

   v.

VICTORIA E. STACY,

   Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
Jennifer O. Taylor, Judge.

Nancy A. Hass, of Nancy A. Hass, P.A., Hollywood, for Appellant.

Christopher V. Carlyle and John N. Bogdanoff, of The Carlyle
Appellate Law Firm, Orlando, for Appellee.

May 21, 2026

PER CURIAM.

   AFFIRMED.

EDWARDS, EISNAUGLE, and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————